IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-68-F-6

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| ADAN ESPINO, II, ) | |
| ) | |
| Defendant. ) | |

Before the court is the motion of Defendant Adan Espino, II, to file docket entry number 138 and its accompanying Order under seal pursuant to Local Criminal Rule 55.2. [DE 139]. For good cause shown, the motion is ALLOWED and docket entry number 138 shall be filed under seal.

SO ORDERED.

This the 8th day of April, 2016.

*James C. Fox*

**JAMES C. FOX**
Senior United States District Judge