THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-68-F-6

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO FILE UNDER SEAL** |
| | ) | |
| ADAN ESPINO, II | ) | |

Upon review of the Defendant's Motion to Seal [DE-216] and good cause appearing, it is hereby ordered that the Defendant be allowed to file under seal the Sentencing Memorandum [DE-215].

This the 6 day of June, 2016.

*James C. Fox*

James C. Fox
Senior United States District Court Judge